STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

..................................................................................................

08 CV 4271

Debbie Ginsberg

         against         Plaintiff(s)

Life Insurance Company of North America

                           Defendant(s)

..................................................................................................

RE : Life Insurance Company of North America

Attorney for Plaintiff(s) and Defendant please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons and Complaint in the above entitled action on May 14, 2008 at New York, New York. The $40 fee is also acknowledged.
Pursuant to section 1213 of the Insurance Law,
said process is being forwarded to Defendant at its last known principal place of business. Defendant is not authorized to do business in this state and you are advised that,
while such service is accepted and being forwarded to the company,
it is your duty to determine whether this is a proper service under section 1213 of the Insurance Law.

Original to Attorney for Plaintiff(s) :

    Quadrino & Schwartz, P.C.
    Attorneys at Law
    666 Old Country Road, 9th Floor
    Garden City, New York 11530

Pursuant to the requirement of section 1213 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant :

    Legal Department
    Life Insurance Company of North America
    1601 Chestnut Street
    Philadelphia, Pennsylvania 19192

*Clark J. Williams*

by Clark J. Williams
Special Deputy Superintendent

Dated Albany, New York, May 16, 2008
Defendant letter was certified at the Albany Post Office on Monday,
May 19, 2008 at 1:30 P.M. by Lewis Merritt

431740    C.A.#191358