UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
DEBBIE GINSBERG,                                :

                     Plaintiff,              :     08 Civ. 4271 (RJH)

     - against -                                 :

                                                     **Notice of Appearance**

LIFE INSURANCE COMPANY OF NORTH AMERICA, :

                    Defendants.                :

------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for defendant Life Insurance Company of North America.

    I certify that I am admitted to practice in this Court.

Dated:    White Plains, New York
              June 5, 2008

                                                  Respectfully submitted,

                             WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                             By: _____
                                 Fred N. Knopf (FNK 4625)
                                 Emily A. Hayes (EH 5243)
                                 *Attorneys for the Defendants*
                                 3 Gannett Drive
                                 White Plains, New York 10604
                                 (914) 323-7000

2010650.1

## CERTIFICATE OF SERVICE

    I hereby certify that on June 5, 2008, the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    */s/ Emily A. Hayes*
Emily A. Hayes (EH 5243)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, New York 10604-3407
Phone (914) 323-7000
Facsimile (914) 323-7001
emily.hayes@wilsonelser.com

2010650.1