JUN-05-2008 01:45 FROM:                          TO:919143237001           P.2/2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------x
DEBBIE GINSBERG,                                :

                Plaintiff,      :       08 Civ. 4271 (RJH)

    - against -                                  :

                                        Stipulation Extending Time to
LIFE INSURANCE COMPANY OF NORTH AMERICA, :            Answer

                Defendants.     :
------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and defendant, that the time for defendant to answer, make any motion in response to the Complaint or otherwise respond to the Complaint in the captioned action is extended to and including June 30, 2008.

    IT IS FURTHER AGREED that the defendant waives any defenses relating to sufficiency of service.

    IT IS FURTHER AGREED that this stipulation may be executed in counterparts and facsimile copies of signatures may be considered as original signatures.

Dated: White Plains, New York
        June 3, 2008

_____                      _____
Michael Hack, Esq. (MH 6127)                 Emily A. Hayes (EH-5243)
Quadrino Schwartz                            Wilson Elser LLP
*Attorneys for Plaintiff*                    *Attorneys for Defendant*
666 Old Country Road - Ninth Floor           3 Garnett Drive
Garden City, NY 11530                        White Plains, New York 10604
(516) 745-1122                               (914) 323-7000

So Ordered
    6/6/08

2008298.1

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 6/9/08 |

    RECEIVED TIME   JUN. 4.   12:48PM