# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000   Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

Emily Hayes
Emily.Hayes@WilsonElser.com

RECEIVED JUN 17 2008 CHAMBERS OF RICHARD J. HOLWELL

June 16, 2008

**BY FACSIMILE**

Hon. Richard J. Holwell, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

Re: Ginsberg v. Life Insurance Company of North America, 08 Civ. 4271 (RJH)
Our File No. : 09856.00191

Dear Judge Holwell:

We represent the defendant Life Insurance Company of North America ("LINA") in the referenced matter and write with the consent of our adversary to request an adjournment of the initial case management conference currently scheduled for June 20, 2008 at 11:00 a.m. This adjournment is requested because LINA has not yet responded to the complaint. We request that the conference be rescheduled to take place after June 30, 2008, the date by which LINA must respond to the complaint. Counsel for both parties are available at any time July 21 through July 24, and July 28 through August 1. We have not previously requested an adjournment of this conference.

Thank you for your attention to this matter.

Conference adjourned to 7/18/08 at 11:00 a.m.

SO ORDERED
[signature]
USDJ
6/20/08

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Emily Hayes

cc: Michail Hack, Esq.

2020398.1