UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DEBBIE GINSBERG,                                        :

                        Plaintiff,       :       08 Civ. 4271 (RJH)

      - against -                             :

                                                 **Rule 7.1 Corporate Disclosure**
LIFE INSURANCE COMPANY OF NORTH AMERICA, :   **Statement**

                        Defendants.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Cigna Life Insurance Company of New York[1] certifies the following:

CIGNA Life Insurance Company of New York is a wholly owned subsidiary of Connecticut General Corporation, which is a wholly owned subsidiary of CIGNA Holdings. CIGNA Holdings is a wholly owned subsidiary of CIGNA Corporation.

Dated:   White Plains, New York
           June 30, 2008

                        WILSON, ELSER, MOSKOWITZ, EDELMAN &
                        DICKER LLP

                        By: s/Emily A. Hayes
                          Fred N. Knopf (FNK 4265)
                          Emily A. Hayes (EH 5243)
                          *Attorneys for the Defendant*
                          3 Gannett Drive
                          White Plains, New York 10604
                          (914) 323-7000

---

[1] This matter was originally filed by Plaintiff against Life Insurance Company of North America, which is not the proper defendant. By stipulation signed by the parties and submitted to the Court to be signed on June 30, 2008, Life Insurance Company of North America was dismissed as a defendant and CIGNA Life Insurance Company of New York was added.

2035875.1

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 30, 2008, a copy of the foregoing Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                 s/Emily A. Hayes
                 Emily A. Hayes (EH 5243)
                 3 Gannett Drive
                 White Plains, New York 10604-3407
                 Phone (914) 323-7000, Ext. 4165
                 Facsimile (914) 323-7001
                 emily.hayes@wilsonelser.com

2035875.1