UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DEBBIE GINSBERG,                                  :

                         Plaintiff,                    :        08 Civ. 4271 (RJH)

      - against -                                 :

                                                         **Notice of Appearance**

LIFE INSURANCE COMPANY OF NORTH AMERICA, :

                       Defendants.                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for defendant CIGNA Life Insurance Company of New York.

      I certify that I am admitted to practice in this Court.

Dated:    White Plains, New York
               June 30, 2008

                                                          Respectfully submitted,

                                                            WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                                            DICKER LLP

                                                       By:  /s/ Fred N. Knopf
                                                             Fred N. Knopf (FNK 4625)
                                                             Emily A. Hayes (EH 5243)
                                                             *Attorneys for the Defendants*
                                                             3 Gannett Drive
                                                             White Plains, New York 10604
                                                             (914) 323-7000

2035881.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2008, the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              s/Fred N. Knopf
                                              Fred N. Knopf (FNK 4625)
                                              3 Gannett Drive
                                              White Plains, New York 10604-3407
                                                  Phone (914) 323-7000
                                              Facsimile (914) 323-7001
                                              fred.knopf@wilsonelser.com