

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DEBBIE GINSBERG,                                :

                       Plaintiff,      :     08 Civ. 4271 (RJH)

            - against -                         :

                                                       **Stipulation**

LIFE INSURANCE COMPANY OF NORTH AMERICA, :

                     Defendants.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and defendant, that Life Insurance Company of North America is dismissed as defendant, and that Cigna Life Insurance Company of New York is added as defendant.

IT IS FURTHER AGREED that this stipulation may be executed in counterparts and facsimile copies of signatures may be considered as original signatures.


Dated: White Plains, New York
         June 24, 2008

_____                         _____
Michael Hack, Esq. (MH 6127)                    Emily A. Hayes (EH-5243)
Quadrino Schwartz                               Wilson Elser LLP
*Attorneys for Plaintiff*                       *Attorneys for Defendant*
666 Old Country Road - Ninth Floor              3 Gannett Drive
Garden City, NY 11530                           White Plains, New York 10604
(516) 745-1122                                  (914) 323-7000

_____
So Ordered
7/7/08

2029327.1